IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF DETERMINATION OF HEIRS OF KAMEHAMEHA PAIEA KA NA`I AUPUNI - THE CONQUEROR, DECEASED, | CIV. NO. 09-00113 HG-BMK |

ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION THAT THE COMPLAINT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION OR AN ACTUAL CONTROVERSY (DOC. 10)

Findings and Recommendation having been filed and served on all parties on June 18, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 10) are adopted as the opinion and order of this Court.

The case is dismissed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 28, 2009.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge